# United States District Court
## District of Maryland

RECEIVED
U.S. MARSHAL
BALTIMORE, MD

UNITED STATES OF AMERICA

v.

**Dante Chavez**

2010 AUG 13  A  **WARRANT FOR ARREST**  11: 20

CLERK'S OFFICE
AT BALTIMORE

BY _KLA_ DEPUTY

Case No. JFM-08-0275

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Dante Chavez _____
                                                *Name*

and bring him/her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with *(brief description of offense)*: Conspiracy to distribute and possess with intent to distribute Cocaine; Distribution of Cocaine; Aiding and Abetting

in violation of Title _____ 21;18 _____ United States Code, Section(s) _____ 846; 841(a); 2 _____

FELICIA C. CANNON
Name of Issuing Officer

CLERK, U.S. DISTRICT COURT
Title of Issuing Officer

*(signature)*
(By) Deputy Clerk

July 31, 2008  Baltimore, Maryland
Date and Location

Bail fixed at $ __NO RECOMMENDATION__    by __James K. Bredar, USMJ__
                                                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  US District Court |

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest  9/22/08 | SURRENDERED  USMS | |

U.S. DISTRICT COURT (Rev. 7/98)