AO 442 (Rev. 01/09, MD 6/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland



RECEIVED
U.S. MARSHALS
BALTIMORE

2011 MAY 26  A 9:59

FILED
U.S. DISTRICT COURT
2012 JUN 25 PM 2:51
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. JFM-08-0275 |
| Mark Hawkins | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Mark Hawkins ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Date:   May 26, 2011

*By: Deputy Clerk*

City and state:   Baltimore, Maryland

Felicia C. Cannon, Clerk, U.S. District Court
*Name and Title of Issuing Officer*

---

### Return

This warrant was received on *(date)* 05/26/2011 , and the person was arrested on *(date)* 06/16/2011
at *(city and state)* BALTIMORE, MD

Date: 06/25/2012

FOR USMS
*Arresting officer's signature*

*Printed name and title*